**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **WILLIAM CHARLES PAYNE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **Case No. CIV-07-1324-R** |
| ) | |
| **MARTY SIRMONS,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254, challenging his state court conviction on various federal constitutional grounds. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary review. On May 30, 2008, Judge Couch, issued a Report and Recommendation, wherein she recommended that the petition be denied. The record reflects that Petitioner has not objected to the Report and Recommendation nor sought an additional extension of time in which to respond. Accordingly, the Report and Recommendation is ADOPTED in its entirety and the petition is hereby DENIED.

IT IS SO ORDERED this 28th day of July 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE